UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Edwin Lehman, Jr.,                    Civil No. 09-1982 (PAM/JSM)

            Petitioner,

v.                                                         **ORDER**

Terry Carlson, Warden,

            Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated November 12, 2010. The R&R recommends that the Petition for a Writ of Habeas Corpus be dismissed with prejudice. Petitioner did not file any objections to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 14) is **ADOPTED**;

2. The Petition (Docket No. 1) is **DISMISSED with prejudice**; and

3. The Court will not issue a Certificate of Appealability in this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, December 7, 2010

                                          *s/ Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge